■ SCHEUER ASSOCIATES, INC., Respondent, v GOULD FABRICS, INC., Appellant.—Judgment, Supreme Court, New York County, entered on January 27, 1978, unanimously affirmed on the opinion of Fein, J., at Special Term. Respondent shall recover of appellant $40 costs and disbursements of this appeal. No opinion. Concur—Kupferman, J. P., Lane, Sandler and Sullivan, JJ.

■ VICTORIA YUNGWORTH et al., Respondents, v CITY OF NEW YORK, Defendant, and NEW YORK CITY TRANSIT AUTHORITY, Appellant.—Judgment, Supreme Court, New York County, entered on January 16, 1978, unanimously affirmed on the opinion of Fraiman, J., at Special Term. Respondents shall recover of appellant $60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Fein, Lane, Sandler and Sullivan, JJ. [92 Misc 2d 1087.]